# EXHIBIT B

If you view the [ Full Docket ] you will be charged for 2 Pages $0.20

**General Docket**
**Seventh Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 25-2398 | **Docketed:** 08/12/2025 |
| **Nature of Suit:** 3485 Telephone Consumer Protection Act | |
| Seth Steidinger, et al v. Blackstone Medical Services | |
| **Appeal From:** Central District of Illinois | |
| **Fee Status:** Paid | |

**Case Type Information:**
   **1)** civil
   **2)** private
   **3)** -

**Originating Court Information:**
   **District:** 0753-1 : 1:24-cv-01074-JEH-RLH
   **Trial Judge:** Jonathan E. Hawley, District Judge
   **Date Filed:** 02/14/2024

| | |
|---|---|
| **Date Order/Judgment:** 07/21/2025 | **Date NOA Filed:** 08/11/2025 |

| Date | # | Description |
|---|---|---|
| 08/12/2025 | 1 | Private civil case docketed. Fee paid. Docketing Statement due for Appellants Joseph Jones, Natasha Koller and Seth Steidinger by 08/18/2025. Transcript information sheet due by 08/26/2025. Appellants' brief due on or before 09/22/2025 for Joseph Jones, Natasha Koller and Seth Steidinger. [1] [7468557] [25-2398] (HTP) [Entered: 08/13/2025 10:21 AM] |
| 08/13/2025 | 2 | ORDER: A preliminary review of the short record suggests that the district court has not entered a judgment under Rule 58 of the Federal Rules of Civil Procedure. Accordingly, both appellants and appellee shall file, on or before August 20, 2025, a statement advising the court whether they will request in the district court that judgment be set out in a separate document. See Fed. R. Civ. P. 58(d). JXK [2] [7468652] [25-2398] (JMB) [Entered: 08/13/2025 02:24 PM] |
| 08/14/2025 | 3 | Notice of Circuit Rule 33 mediation issued. The mediation will be conducted via Zoom, Thursday, September 11, 2025 at 2:00 p.m. Central Time. See Notice for further details and requirements. JB. [3] [7469038] [25-2398] (FP) [Entered: 08/14/2025 04:52 PM] |
| 08/14/2025 | 4 | ORDER: Pursuant to Circuit Rule 33, briefing will proceed as follows: Appellants' brief due on or before 10/14/2025 for Joseph Jones, Natasha Koller and Seth Steidinger. Appellee's brief due on or before 11/13/2025 for Blackstone Medical Services. Appellants' reply brief, if any, is due on or before 12/04/2025 for Appellants Joseph Jones, Natasha Koller and Seth Steidinger. JB [7469039] [25-2398] (FP) [Entered: 08/14/2025 04:55 PM] |
| 08/20/2025 | 5 | Attorney Abbas Kazerounian for Joseph Jones, Seth Steidinger and Natasha Koller in 25-2398 terminated and added Attorney(s) Ryan Lee McBride for party(s) Appellant Natasha Koller Appellant Joseph Jones Appellant Seth Steidinger, in case 25-2398 per disclosure statement. Circuit Rule 26.1 Disclosure Statement and Appearance filed by Attorney Ryan L. McBride for Appellants Joseph Jones, Natasha Koller and Seth Steidinger. [5] [7469957] (L-Yes; E-Yes; R-Yes) [25-2398]--[Edited 08/21/2025 by AD to reflect the termination and addition of counsel.] (McBride, Ryan) [Entered: 08/20/2025 05:28 PM] |
| 08/20/2025 | 6 | Filed ~~status report~~ Joint statement on judgment Fed. R. Civ. P. 58(D) by Appellants Joseph Jones, Seth Steidinger and Natasha Koller and Appellee Blackstone Medical Services. [6] [7469958] [25-2398]--[Edited 08/21/2025 by CG to reflect title of document filed.] (Kazerounian, Abbas) [Entered: 08/20/2025 05:43 PM] |
| 08/25/2025 | 7 | Docketing Statement filed by Appellants Joseph Jones, Seth Steidinger and Natasha Koller. Prior or Related proceedings: No. [7] [7470588] [25-2398] (McBride, Ryan) [Entered: 08/25/2025 03:28 PM] |
| 09/05/2025 | 8 | Circuit Rule 26.1 Disclosure Statement and Appearance filed by Attorneys Lauren Purdy and Ryan Childress ~~John P. Heil Jr.~~ for Appellee Blackstone Medical Services. [8] [7473000] (L-No; E-Yes; R-No) [25-2398]--[Edited 09/08/2025 by PS - to reflect proper filing attorneys and the addition of counsel to the docket.] (Heil, John) [Entered: 09/05/2025 03:51 PM] |
| 09/12/2025 | 9 | ORDER: Pursuant to Circuit Rule 33, briefing will proceed as follows: Appellants' brief due on or before 10/21/2025 for Joseph Jones, Natasha Koller and Seth Steidinger. Appellee's brief due on or before 11/20/2025 for Blackstone Medical Services. Appellants' reply brief, if any, is due on or before 12/11/2025 for Appellants Joseph Jones, Natasha Koller and Seth Steidinger. JB [7474457] [25-2398] (CG) [Entered: 09/12/2025 09:26 AM] |
| 09/23/2025 | 10 | NOTICE: Circuit Rule 46(a) requires the lead attorney and any attorney who intends to present oral argument be admitted to practice in this court. The lead attorney for each party represented by counsel must apply for admission to practice in this court by the later of: (a) 30 days from the docketing of the matter in this court; or (b) 15 days from being retained or appointed as counsel. An attorney who intends to present oral argument must apply for admission to practice in this court before the filing of the appellee's brief. Our records indicate Attorney Ryan C. Childress for Appellee Blackstone Medical Services has not been admitted to practice in this court as of this date. The "Application for Admission to Practice in the Seventh Circuit" form can be found at: https://www.ca7.uscourts.gov/assets/pdf/applctn.pdf. The filing of the completed application must be accomplished via the CM/ECF filing system. [10] [7476521] [25-2398] (LJ) [Entered: 09/23/2025 09:23 AM] |

### PACER Service Center

**Transaction Receipt**

7th Circuit Court of Appeals - 09/23/2025 15:09:36

| PACER Login: | ralaw0015 | Client Code: | 155249.0001 |
|---|---|---|---|
| Description: | Case Summary | Search Criteria: | 25-2398 |
| Billable Pages: | 1 | Cost: | 0.10 |